(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

JOHN WESLEY KIMBROUGH, III

v.

JOSEPH THOMPSON, et al.

Cause No. 3:18CV887-PPS/MGG

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

PLAINTIFF, JOHN WESLEY KIMBROUGH, III

Party(s) Represented

Prefix (check one): ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: VanDeventer
First Name: John
Middle Name/Initial: D.
Generation (Sr, Jr, etc):

Firm Name: Jenner & Block LLP
Street Address: 353 N. Clark Street
Suite/Room No.:
City: Chicago
State: IL
Zip: 60654
Office Telephone No.: (312) 840-7314
Fax No.: (312) 527-6484
E-Mail Address: JVanDeventer@jenner.com

**EDUCATION:**

College: Michigan State University
Degree: B.A.
Year Completed: 2007

Law School: University of Michigan Law School
Year Graduated: 2013

Other Post-Graduate Schooling:

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| IL | 2014 | Active | 6315809 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| U.S. Court of Appeals, Seventh Circuit | 2018 | Active |
| U.S. District Court, Northern District of Illinois | 2015 | Active |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)  ☒ No

Applicant: I, John D. VanDeventer, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: January 4, 2019

_____
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____                    _____
                                                                                Judge, U. S. District Court

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

John David VanDeventer

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 05/01/2014 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 31st day of December, 2018.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois