UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN WESLEY KIMBROUGH, III, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:18CV887-PPS/MGG |
| JOSEPH THOMPSON, et al., | |
| Defendants. | |

ORDER

John Wesley Kimbrough, III, an inmate at the Indiana State Prison, has suffered from rectal bleeding and pain for over three and a half years. He has repeatedly sought medical care, and while he has received some care, that care has not resulted in a definitive diagnosis[1] or any effective treatment. He filed a complaint alleging that defendants were deliberately indifferent to his need for additional evaluation and treatment for his serious medical need. I screened Kimbrough's complaint in accordance with 28 U.S.C. § 1915A and granted him leave to proceed on numerous claims, including a claim against Warden Ron Neal in his official capacity for injunctive relief to provide him with adequate medical treatment for his rectal bleeding as required by the Eighth Amendment. Kimbrough also sought a preliminary injunction. After reviewing the complaint, exhibits, and request for preliminary injunction, I

---

[1] Kimbrough has a "working diagnosis … of internal hemorrhoids" (ECF 33 at 1), but neither hemorrhoids nor any other medical condition have been definitively found to be the cause of Kimbrough's condition.

determined that appointment of counsel was appropriate. I appointed Attorney Keri L. Holleb Hotaling to represent Kimbrough and denied Kimbrough's request for a preliminary injunction with leave to refile through his court appointed counsel.

Counsel for Kimbrough has now refiled a request for a preliminary injunction asking me to order Warden Neal to refer Kimbrough to a gastroenterologist at Franciscan St. Anthony Health in Michigan City, Indiana, for an examination of his medical condition, and to provide the treatment prescribed by the gastroenterologist. In response, Warden Neal has indicated that Kimbrough is scheduled for a colonoscopy with Dr. Fumo, a board-certified gastroenterologist, at St. Anthony's Hospital on March 28, 2019.

While the parties dispute whether this renders the current motion for injunctive relief moot, to some extent the scheduling of the colonoscopy ameliorates the need for prompt resolution of Kimbrough's request for a preliminary injunction. Rather than rule on the motion now, I will take the motion for preliminary injunction under advisement until Dr. Fumo has performed the colonoscopy and issued a report regarding his findings. Injunctive relief may yet be necessary, but that decision no longer needs to be made today. Once Dr. Fumo's report has been made available, Warden Neal shall promptly notify the court of both the availability of the report and Kimbrough's treatment plan going forward. Kimbrough may then respond within seven days indicating whether a need for injunctive relief remains.

Additionally, at the telephonic status conference that took place on February 15, 2019, I ordered Warden Neal to provide both Kimbrough and his counsel with copies of

his medical records since January 1, 2015, and I granted Kimbrough's request to file an amended complaint. Neither Kimbrough nor his counsel have received the medical records, and Kimbrough now asks that he be permitted to file his amended complaint within 30 days after he receives both the medical records and a copy of Dr. Fumo's report following Kimbrough's colonoscopy. (ECF 34 n.5.) I will grant this request.

ACCORDINGLY,

(1) the Renewed Motion for Preliminary Injunction is TAKEN UNDER ADVISEMENT pending the result of John Wesley Kimbrough, III's March 28, 2019, colonoscopy;

(2) Warden Neal is ORDERED to promptly notify the court of both the availability of Dr. Fumo's report following the colonoscopy and John Wesley Kimbrough, III's treatment plan going forward;

(3) John Wesley Kimbrough, III is ORDERED to respond within seven days indicating whether a need for injunctive relief remains; and

(4) GRANTS John Wesley Kimbrough, III leave to file an amended complaint within thirty days of his receipt of the medical records ordered by this court and a copy of Dr. Fumo's report.

SO ORDERED on March 18, 2019.

    /s/ Philip P. Simon
    JUDGE
    UNITED STATES DISTRICT COURT