UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JOHN WESLEY KIMBROUGH, III | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cv-887-JD-MGG |
| | ) | |
| JOSEPH THOMPSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF**

NOW COME the Defendants, REBECCA HESS, CARL KUENZLI, M.D., NANCY MARTHAKIS, M.D., AND WEXFORD OF INDIANA, LLC, by their attorney, DOUGLASS R. BITNER, of KATZ KORIN CUNNINGHAM PC, and for their Motion for Leave to Take Depositions of the Plaintiff pursuant to Rule 30 of the Federal Rules of Civil Procedure, states as follows:

1. The Plaintiff, John W. Kimbrough III, has filed the current civil rights cause of action alleging that his rights were violated and that he is entitled to monetary damages.

2. The Plaintiff, John W. Kimbrough III, is currently confined at the Indiana State Prison in Michigan City, Indiana. Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), leave of Court is required in order to take a deposition "if the deponent is confined in prison". Fed.R.C.P. 30(a)(2)(B).

3. It is the Defendants' desire to complete a deposition of the Plaintiff. During this deposition, defense counsel intends to question the Plaintiff regarding his allegations, his

interactions with the Defendants (if any) and his claimed injuries.  This deposition falls within the scope of discovery and will be conducted in accordance with applicable Federal Rules.

WHEREFORE, the Defendants, REBECCA HESS, CARL KUENZLI, M.D., NANCY MARTHAKIS, M.D., AND WEXFORD OF INDIANA, LLC, respectfully request this Court grant leave to proceed with Plaintiff's deposition, in accordance with Rule 30 of Federal Rules of Civil Procedure.

Respectfully submitted,

KATZ KORIN CUNNINGHAM, PC

*/s/ Douglass R. Bitner*
Douglass R. Bitner, Attorney No. 34981-49
KATZ KORIN CUNNINGHAM PC
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100
Direct (317) 396-2565
Fax (317) 464-1111
Email:  dbitner@kkclegal.com
*Attorney for Defendants Rebecca Hess, Carl Kuenzli, M.D., Nancy Marthakis, M.D. and Wexford of Indiana, LLC*

## CERTIFICATE OF SERVICE

I certify that on **January 17, 2020**, a copy of the foregoing was filed electronically using the Court's electronic filing system (CM/ECF). Notice of this filing was electronically served via CM/ECF upon the following person(s):

Chloe E. Holt
John D. Van Deventer
Keri L. Holleb Hotaling
**JENNER & BLOCK, LLP**
cholt@jenner.com
jvandeventer@jenner.com
khotaling@jenner.com

Marley G. Hancock
OFFICE OF THE INDIANA ATTORNEY GENERAL
Marley.hancock@atg.in.gov

                                              */s/ Douglass R. Bitner*
                                              Douglass R. Bitner