UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN WESLEY KIMBROUGH, III )<br>)<br>Plaintiff, )<br>)<br>v.           )<br>)<br>JOSEPH THOMPSON, et al. )<br>)<br>Defendants. ) | No. 3:18-cv-887-JD-MGG |

**NOTICE OF DEPOSITION**

| | |
|---|---|
| TO: | All Attorneys of Record |
| DATE AND HOUR: | Tuesday, March 3, 2020 at 11:30 a.m. CST |
| PLACE OF DEPOSITION: | Correctional Industrial Facility<br>5124 W. Reformatory Road<br>Pendleton, IN 46064 |
| DEPONENT: | John Kimbrough II (IDOC# 219656 ) |

PLEASE TAKE NOTICE THAT at the above date, hour and place, counsel for Defendants will take the deposition of the above witness, to be taken upon oral examination for the purpose of discovery, pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a certified court reporter and notary public. All parties are invited to attend and cross-examine. Said deposition will continue from day to day at the same location until completed.

Respectfully submitted,

KATZ KORIN CUNNINGHAM, PC

*/s/ Douglass R. Bitner*
Douglass R. Bitner, Attorney No. 34981-49
KATZ KORIN CUNNINGHAM PC
The Emelie Building
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100
Direct (317) 396-2565
Fax (317) 464-1111
Email:  dbitner@kkclegal.com
*Attorney for Defendants Rebecca Hess, Carl Kuenzli, M.D., Nancy Marthakis, M.D. and Wexford of Indiana, LLC*

## CERTIFICATE OF SERVICE

I certify that on **January 17, 2020**, a copy of the foregoing was filed electronically using the Court's electronic filing system (CM/ECF).  Notice of this filing was electronically served via CM/ECF upon the following person(s):

Chloe E. Holt
John D. Van Deventer
Keri L. Holleb Hotaling
**JENNER & BLOCK, LLP**
cholt@jenner.com
jvandeventer@jenner.com
khotaling@jenner.com

Marley G. Hancock
OFFICE OF THE INDIANA ATTORNEY GENERAL
Marley.hancock@atg.in.gov