UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN WESLEY KIMBROUGH, III,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH THOMPSON, et al.,<br><br>Defendants. | CAUSE NO. 3:18-CV-887-JD-MGG |

### ORDER

This matter is before the court on a motion filed by the Defendants Rebecca Hess, Carl Kuenzli, M.D., Nancy Marthakis, M.D., and Wexford of Indiana, LLC, asking to take the deposition of the plaintiff, John Wesley Kimbrough, IDOC # 219656, an inmate at the Indiana State Prison. Upon due consideration, the motion (ECF 98) is GRANTED. The defendants may depose John Wesley Kimbrough, IDOC # 219656, as provided for in Rule 30(d)(1), on or before May 1, 2020, at the Indiana State Prison. The clerk is DIRECTED to send a copy of this order to the Litigation Liaison at Indiana State Prison.

SO ORDERED this January 17, 2020.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge