## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| JOHN WESLEY KIMBROUGH, III, | |
| Plaintiff, | No. 3:18-cv-887-JD-MGG |
| v. | Hon. Jon E. DeGuilio |
| JOSEPH THOMPSON, *et al*., | |
| Defendants. | |

### MOTION FOR LEAVE TO TAKE THE DEPOSITION OF DJUAN EDWARDS

Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), Plaintiff John Wesley Kimbrough, III, respectfully moves this Court for an order granting leave to take the deposition of Djuan Edwards (IDOC #120064).  In support of this Motion, Plaintiff further states:

1.    Djuan Edwards is confined to prison at the Indiana State Prison in Michigan City, Indiana.  Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), a party must obtain leave of the Court to take a deposition of a person confined in prison.

2.    Mr. Edwards has firsthand knowledge of certain allegations contained in Plaintiff's complaint.  Specifically, Mr. Edwards witnessed the symptoms Plaintiff Kimbrough experienced as a result of his untreated medical condition.  Plaintiff's counsel thus intends to question Mr. Edwards about his knowledge of Plaintiff's condition and any other relevant information he may have.

3.    Plaintiff's counsel have been informed that the Indiana State Prison can accommodate the taking of Mr. Edwards's deposition on February 19, 2020.

4.    Mr. Edwards has agreed to be deposed.

For the above reasons, Plaintiff Kimbrough respectfully requests leave of this Court to take

the deposition of Mr. Djuan Edwards.

Dated: January 30, 2020

Respectfully submitted,

*/s/ Keri Holleb Hotaling*

Keri L. Holleb Hotaling, (IL #6272431)
John D. VanDeventer (admitted *pro hac vice*)
Chloe E. Holt (admitted *pro hac vice*)
Vaughn E. Olson (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
(312) 222-9350
khotaling@jenner.com
jvandeventer@jenner.com
cholt@jenner.com
volson@jenner.com

*Counsel to Plaintiff John Wesley Kimbrough, III*

## **CERTIFICATE OF SERVICE**

I, Keri Holleb Hotaling, certify that I caused a copy of the foregoing Motion for Leave to

Take the Deposition of Djuan Edwards to be served upon all counsel of record via e-mail through

the Court's ECF notification system on January 30, 2020.

*/s/ Keri Holleb Hotaling*