(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| John Wesley Kimbrough, III | |
| v. | Cause No. 3:18-CV-887-JD-MGG |
| Joseph Thompson, et al. | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

John Wesley Kimbrough, III

Party(s) Represented

Prefix (check one): ☐ Mr.   ☒ Ms.   ☐ Mrs.

Last Name: Lambros    First Name: Elpitha    Middle Name/Initial: B

Generation (Sr, Jr, etc):

Firm Name: Jenner and Block LLP

Street Address: 353 N. Clark St.    Suite/Room No.:

City: Chicago    State: IL    Zip: 60654

Office Telephone No.: (312) 840-7279    Fax No.: (312) 527-0484

E-Mail Address: elambros@jenner.com

**EDUCATION:**

College: DePaul University    Degree: Bachelor of Arts    Year Completed: 2012

Law School: University of Chicago Law School    Year Graduated: 2015

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Illinois | 2015 | Active | 6320304 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| Northern District of Illinois | 2015 | Active |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions? ☐ Yes (If yes, please attach an explanation) ☒ No

Applicant: I, Elpitha B. Lambros, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 02/11/2021

/s/ Elpitha B. Lambros
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____     _____
                                                                   Judge, U. S. District Court

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Elpitha Betondo Lambros

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/2015 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 16th day of February, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois